IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HOWARD C. HICKEY,

     Appellant,

v.

MICHAEL D. CREWS,
Secretary, Florida Department of
Corrections,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-255

Opinion filed September 18, 2014.

An appeal from the Circuit Court for Lafayette County.
Darren K. Jackson, Judge.

Howard C. Hickey, pro se, Appellant.

Jennifer Parker, General Counsel, Department of Corrections, Tallahassee; Pamela Jo Bondi, Attorney General, Samuel B. Steinberg and Jay Kubica, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.

1